Official Form 1 (04/10)

# United States Bankruptcy Court
## DISTRICT OF HAWAII

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GROVE FARM FISH & POI, LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Hukilau Foods** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): **20-5641988** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1125 E Ala Moana Blvd.**<br>**Honolulu HI**<br>ZIPCODE **96814** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **Honolulu** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [X] Other (if debtor is not one of the above entities, check this box and state type of entity below

**limited liability company**

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): GROVE FARM FISH & POI, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): GROVE FARM FISH & POI, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ James A. Wagner
Signature of Attorney for Debtor(s)

JAMES A. WAGNER 1493
Printed Name of Attorney for Debtor(s)

WAGNER CHOI & VERBRUGGE
Firm Name

745 FORT STREET, SUITE 1900
Address

HONOLULU HI 96813

(808) 533-1877
Telephone Number

NOV - 1 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Ryan Murashige
Signature of Authorized Individual

RYAN MURASHIGE
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

NOV - 1 2010
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII
# Honolulu DIVISION

In re GROVE FARM FISH & POI, LLC
     dba Hukilau Foods

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>HEMIC Hawaii Employers Mutual<br>P.O. Box 3376<br>Honolulu HI 96801 | Phone: 808-524-3642<br>HEMIC Hawaii Employers Mutual<br>Accounting Department<br>P.O. Box 3376<br>Honolulu HI 96801 | Vendor | | $ 133,200.00 |
| 2<br>Oceanic Institute<br>41-202 Kalanianaole Hwy<br>Waimanalo HI 96795 | Phone: 808-259-3111<br>Oceanic Institute<br>Attn: Chisa Woodley<br>41-202 Kalanianaole Hwy<br>Waimanalo HI 96795 | Vendor | | $ 123,012.69 |
| 3<br>U.S. Department of Commerce<br>P.O. Box 979008<br>Saint Louis MO 63197-9000 | Phone:<br>U.S. Department of Commerce<br>Attn: Earl Bennett<br>P.O. Box 979008<br>Saint Louis MO 63197-9000 | Vendor | | $ 64,449.69 |
| 4<br>Land o'Lakes Feed<br>91-254 Olai Street<br>Kapolei HI 96707-1720 | Phone: 808-682-2022<br>Land o'Lakes Feed<br>Attn: Jeff Peterson<br>91-254 Olai Street<br>Kapolei HI 96707-1720 | Vendor | | $ 49,187.79 |
| 5<br>Bankcard Center<br>P.O. Box 29450<br>Honolulu HI 96820-1850 | Phone: 808-844-3250<br>Bankcard Center<br>Attn: Paulette Hoover<br>P.O. Box 29450<br>Honolulu HI 96820-1850 | Credit Card Purchases | | $ 15,567.00 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Miyasato, Ken Masao<br>1000 Bishop Street #405<br>Honolulu HI  96813 | Phone: 808-286-1213<br>Miyasato, Ken Masao<br>1000 Bishop Street #405<br>Honolulu HI  96813 | Vendor | | $ 4,188.48 |
| 7<br>Dept of Land & Natural Resourc<br>P.O. Box 621<br>Honolulu HI  96809 | Phone: 808-587-0430<br>Dept of Land & Natural Resourc<br>Attn:  Barry Cheung<br>P.O. Box 621<br>Honolulu HI  96809 | Landlord | | $ 2,877.88 |
| 8<br>RT Advisory Group LLC<br>P.O. Box 30826<br>Honolulu HI  96820-0826 | Phone: 808-286-2092<br>RT Advisory Group LLC<br>Attn:  Rae Tom<br>P.O. Box 30826<br>Honolulu HI  96820-0826 | Vendor | | $ 2,094.24 |
| 9<br>Fiberglass Hawaii<br>1377 Colburn Street<br>Honolulu HI  96817 | Phone: 808-847-3951<br>Fiberglass Hawaii<br>Attn:  Cora Garcia Miguel<br>1377 Colburn Street<br>Honolulu HI  96817 | Vendor | | $ 1,699.16 |
| 10<br>Airgas Gaspro<br>P.O. Box 31000<br>Honolulu HI  96849-5494 | Phone: 808-842-2222<br>Airgas Gaspro<br>Attn:  David Mantei<br>P.O. Box 31000<br>Honolulu HI  96849-5494 | Vendor | | $ 957.30 |
| 11<br>Cummins West, Inc.<br>P.O. Box 44416<br>San Francisco CA  94144 | Phone: 510-347-6602<br>Cummins West, Inc.<br>Attn:  Heather Torres<br>P.O. Box 44416<br>San Francisco CA  94144 | Vendor | | $ 671.49 |
| 12<br>Pop Fishing & Marine<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 | Phone: 808-537-2905<br>Pop Fishing & Marine<br>Attn:  Maile Helekahi<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 | Vendor | | $ 620.03 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Diamondhead Seafood Wholesale<br>966 Robello Lane<br>Honolulu HI  96817 | Phone: 808-832-9500<br>Diamondhead Seafood Wholesale<br>Attn:  Mike Yonemura<br>966 Robello Lane<br>Honolulu HI  96817 | Vendor | | $ 576.20 |
| 14<br>Diamond Head Sprinkler Supply,<br>899 Waimanu Street<br>Honolulu HI  96813 | Phone: 808-591-1122<br>Diamond Head Sprinkler Supply,<br>Attn:  Peggy Frey<br>899 Waimanu Street<br>Honolulu HI  96813 | Vendor | | $ 446.31 |
| 15<br>SPRINT<br>P.O. BOX 4181<br>Attn:  Carol Stream<br>Carol Stream IL  60197-4181 | Phone: 877-639-8351<br>SPRINT<br>P.O. BOX 4181<br>Attn:  Carol Stream<br>Carol Stream IL  60197-4181 | | | $ 414.31 |
| 16<br>Larry's Auto Parts, Inc.<br>3562 Waialae Avenue<br>Honolulu HI  96816 | Phone: 808-734-2147<br>Larry's Auto Parts, Inc.<br>Attn:  Ashley Isono<br>3562 Waialae Avenue<br>Honolulu HI  96816 | Vendor | | $ 306.31 |
| 17<br>Albert W. Stiglmeier, CPA Inc.<br>P.O. Box 662099<br>Attn:  Colleen Coyaso<br>Lihue HI  96766 | Phone: 808-247-6739<br>Albert W. Stiglmeier, CPA Inc.<br>P.O. Box 662099<br>Attn:  Colleen Coyaso<br>Lihue HI  96766 | | | $ 176.90 |
| 18<br>Hydra-Air Pacific Inc.<br>3169 Koapaka St.<br>Honolulu HI  96819 | Phone:<br>Hydra-Air Pacific Inc.<br>3169 Koapaka St.<br>Honolulu HI  96819 | Vendor | | $ 53.35 |
| 19<br>Kewalo Ice Company, Inc.<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 | Phone:<br>Kewalo Ice Company, Inc.<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 | Vendor | | $ 50.00 |

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Hawaiian Electric Company, Inc<br>P.O. Box 3978<br>Attn: Darlene Bajadali<br>Honolulu HI  96812-3978 | Phone: 808-543-4888<br>Hawaiian Electric Company, Inc<br>P.O. Box 3978<br>Attn: Darlene Bajadali<br>Honolulu HI  96812-3978 | | | $ 43.64 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A limited liability company

I, __Ryan Murashige_____, __President_____ of the _limited liability company_
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: __NOV - 1 2010__

Signature _[signature]_
Name: Ryan Murashige
Title: President

Page 4

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
## HONOLULU DIVISION

In re *GROVE FARM FISH & POI, LLC,*  
   *dba Hukilau Foods*

Case No.  
Chapter 11

_____ / Debtor

Attorney for Debtor:   *JAMES A. WAGNER*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: NOV - 1 2010

Ryan Murashige, President  
Debtor

| | | |
|---|---|---|
| Airgas Gaspro<br>P.O. Box 31000<br>Honolulu HI  96849-5494 | Diamond Head Sprinkler Supply,<br>899 Waimanu Street<br>Honolulu HI  96813 | Land o'Lakes Feed<br>91-254 Olai Street<br>Kapolei HI  96707-1720 |
| Albert W. Stiglmeier, CPA Inc.<br>P.O. Box 662099<br>Attn:  Colleen Coyaso<br>Lihue HI  96766 | Diamondhead Seafood Wholesale<br>966 Robello Lane<br>Honolulu HI  96817 | Larry's Auto Parts, Inc.<br>3562 Waialae Avenue<br>Honolulu HI  96816 |
| Bankcard Center<br>P.O. Box 29450<br>Honolulu HI  96820-1850 | Director of Finance<br>200 S. High St.<br>Wailuku HI  96793 | Miyasato, Ken Masao<br>1000 Bishop Street #405<br>Honolulu HI  96813 |
| Board of Water Supply<br>630 S. Beretania St.<br>Honolulu HI  96843 | Fiberglass Hawaii<br>1377 Colburn Street<br>Honolulu HI  96817 | Oahu Petroleum, Inc.<br>99-9108 Iwaena Street<br>Aiea HI  96701 |
| Chemi-Toi<br>91-316bKomohana<br>Kapolei HI  96707 | Hawaiian Electric Company, Inc<br>P.O. Box 3978<br>Attn:  Darlene Bajadali<br>Honolulu HI  96812-3978 | Oceanic Institute<br>41-202 Kalanianaole Hwy<br>Waimanalo HI  96795 |
| County of Kauai<br>4444 Rice St., #A-463<br>Lihue HI  96766-1340 | Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu HI  96820-0770 | Pop Fishing & Marine<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 |
| Cummins West, Inc.<br>P.O. Box 44416<br>San Francisco CA  94144 | HEMIC Hawaii Employers Mutual<br>P.O. Box 3376<br>Honolulu HI  96801 | Real Property Tax Collection<br>City & County of Honolulu<br>City Hall<br>Honolulu HI  96813 |
| Dept of Land & Natural Resourc<br>P.O. Box 621<br>Honolulu HI  96809 | Hydra-Air Pacific Inc.<br>3169 Koapaka St.<br>Honolulu HI  96819 | Rolloffs Hawaii, LLC<br>P.O. Box 30046<br>Honolulu HI  96820 |
| Dept. of Labor & Industrial Re<br>Directors Office<br>830 Punchbowl St. #321<br>Honolulu HI  96813 | Internal Revenue Service<br>PO Box 21126<br>Phil PA  19114 | RT Advisory Group LLC<br>P.O. Box 30826<br>Honolulu HI  96820-0826 |
| Dept. of Taxation<br>Attn: Bankruptcy Unit<br>PO  Box 259<br>Honolulu HI  96809-0259 | Kewalo Ice Company, Inc.<br>1133 N. Nimitz Hwy.<br>Honolulu HI  96817 | Sand Island Auto Parts & Repai<br>P.O. Box 30223<br>Honolulu HI  96820 |

```
SPRINT
P.O. BOX 4181
Attn:  Carol Stream
Carol Stream IL   60197-4181


U.S. Department of Commerce
P.O. Box 979008
Saint Louis MO   63197-9000
```